IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCOIS LAFATE,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 13-cv-5555 |
| | : | |
| **THE VANGUARD GROUP, INC.,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this   5th   day of September, 2014, upon consideration of Plaintiff's Motion to Compel Defendant Vanguard's Response to Discovery (ECF No. 34) and Defendant's opposition thereto (ECF No. 37); Plaintiff's Supplemental Motion to Compel Defendant Vanguard's Response to Discovery (ECF No. 42) and Defendant's opposition thereto (ECF No. 47); and Plaintiff's Motion for Leave to Take Additional Depositions (ECF No. 40) and Defendant's opposition thereto (ECF No. 50), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that:

(1)   Plaintiff's Motion to Compel Defendant Vanguard's Response to Discovery is DENIED;

(2)   Plaintiff's Supplemental Motion to Compel Defendant Vanguard's Response to Discovery is DENIED AS MOOT; and

(3)   Plaintiff's Motion for Leave to Take Additional Depositions is GRANTED IN PART and DENIED IN PART.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE