IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCOIS LAFATE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 13-cv-5555 |
| | : | |
| THE VANGUARD GROUP, INC., | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this  7th  day of October, 2014, upon consideration of Plaintiff's Motion to Compel Defendant Vanguard's Response to Discovery or in the Alternative Production of a Privilege Log (ECF No. 59), and Defendant's opposition thereto (ECF No. 67), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE