IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCOIS LAFATE** *Plaintiff* | : : : : : : : | **CIVIL ACTION** **NO. 13-5555** |
| v. | | |
| **THE VANGUARD GROUP, INC.** *Defendant* | | |

# O R D E R

**AND NOW,** this 16th day of October 2014, upon consideration of Plaintiff's *motion for leave of court to file an amended complaint*, [ECF 41], and Defendant's opposition thereto, [ECF 51], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion for leave to amend the complaint is **DENIED.**

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.