# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCOIS LAFATE** <br> *Plaintiff* | : CIVIL ACTION <br> : <br> : NO. 13-5555 |
| v. | : <br> : |
| **THE VANGUARD GROUP, INC.** <br> *Defendant* | : <br> : |

# ORDER

**AND NOW**, this 26th day of June 2015, upon consideration of the *motion for summary judgment* filed by The Vanguard Group, Inc. ("Defendant"), [ECF 93], the opposition thereto filed by Francois LaFate ("Plaintiff"), [ECF 110], Defendant's reply, [ECF 124], Defendant's *notice of supplemental authority*, [ECF 136], and Plaintiff's response thereto, [ECF 137], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion is **GRANTED**, and judgment is entered in favor of The Vanguard Group, Inc., and against Francois LaFate.

It is further **ORDERED** that the Memorandum Opinion *only*, which accompanies this Order, shall be filed under **SEAL**, and remain sealed, until further order of this Court. All outstanding motions are **DENIED** as **MOOT**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**